The judgment of the District Court will be affirmed.

WHITE STAR TRUCKING COMPANY, Appellant, v. Amelia LOMELO, Appellee.

No. 10608.

Circuit Court of Appeals, Sixth Circuit.

April 21, 1948.

John H. McNeal, Harley J. McNeal and Burgess, Fulton & Fullmer, all of Cleveland, Ohio, for appellant.

Donald Gottwald and Gottwald, Hershey & Hatch, all of Akron, Ohio, for appellee.

Before ALLEN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel, and no reversible error appearing in the record, it is ordered that the judgment be, and it hereby is, affirmed.

Tighe E. WOODS, Housing Expediter, Office of the Housing Expediter, Appellant, v. Catherine HAYES, Appellee.

No. 11850.

Circuit Court of Appeals, Ninth Circuit.

April 21, 1948.

Ed Dupree, Gen. Counsel, Hugo V. Prucha, Asst. Gen. Counsel, and William A. Moran, Sp. Lit. Atty., Office of Housing Expediter, all of Washington, D. C., and

70

Abe I. Levy, Chief, Litigation Section, Office of the Housing Expediter, of Los Angeles, Cal., for appellant.

No appearance for appellee.

Before GARRECHT, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellant for summary reversal of the judgment of the District Court herein upon the authority of the decision of the Supreme Court of the United States in Woods v. Stone, 68 S.Ct. 624, and of the decision of this Court in O'Sullivan v. Woods, 9 Cir., 166 F.2d 571, and good cause therefor appearing, and appellee having filed no response to said motion, it is ordered that said motion be and hereby is granted, and that the judgment of the District Court in this cause be reversed, and that a decree be filed and entered reversing said judgment and remanding this cause to the District Court to correct the computation of the findings of the amount of rent collected in excess of the maximum legal rent.